IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NANCY ALBRIGHT and SARAH RODHOUSE, individually and as the representatives of a class of similarly situated persons,<br><br>  Plaintiffs,<br>v.<br><br>THE BI-STATE DEVELOPMENT AGENCY OF THE MISSOURI-ILLINOIS METROPOLITAN DISTRICT d/b/a/ METRO.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:11-CV-01691AGF<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

  Plaintiffs, Nancy Albright and Sarah Rodhouse ("Plaintiffs), individually and on behalf of a class of similarly situated persons, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, hereby move the Court to enter an order finally approving the Settlement Agreement (the "Settlement" or the "Agreement"), attached hereto as Exhibit A, between Plaintiffs and defendant The Bi-State Development Agency of the Missouri-Illinois Metropolitan District, d/b/a Metro ("Defendant" or "MetroLink").

  In support of this Motion, Plaintiffs submit for the Court's consideration a contemporaneously filed Memorandum of Law.

  WHEREFORE, for the reasons expressed here and in the contemporaneously filed Memorandum of Law in support of this Motion, Plaintiffs respectfully request that the Court enter an order finally approving the parties' agreed final approval order.

                                          Respectfully submitted,

                                          s/Richard J. Doherty
                                          One of Plaintiffs' Counsel

Richard J. Doherty
James M. Smith
BOCK & HATCH, LLC
134 N. La Salle Street, Suite 1000
Chicago, Illinois 60602
Tel: 312-658-5500
rich@bockhatchllc.com

Matthew H. Armstrong, MoBar 42803
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd., No. 109
St. Louis MO 63144
Tel: 314-258-0212
matt@mattarmstronglaw.com

Chant Yedalian
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Avenue
Glendale, CA 91202
Tel: 877.574.7100
chant@chant.mobi