UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NANCY ALBRIGHT and SARAH RODHOUSE, individually and as the representatives of a class of similarly situated persons,

    Plaintiffs,

v.

THE BI-STATE DEVELOPMENT AGENCY OF THE MISSOURI-ILLINOIS METROPOLITAN DISTRICT, d/b/a METRO,

    Defendant.

Case No. 4:11-CV-01691AGF

**DEFENDANT'S SUPPLEMENT TO ITS
MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR
AN AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE PAYMENTS**

The Settlement Administrator, BMC Group, has completed its analysis of the claims submitted by class members. Fifty-two class members submitted claims. Forty-three of the claims were determined to be valid and timely by BMC Group. Attached hereto as Exhibit 1 is the Affidavit of Rachel Stoering, a Director of BMC Group, which presents the details of BMC Group's analysis of the claims.

/s/ James C. Hetlage

| | |
|---|---|
| Kenneth C. Brostron | #24094MO |
| James C. Hetlage | #38520MO |

LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri  63101
Telephone: (314) 621-2939
Fax: (314) 621-6844
brostron@lashlybaer.com
jhetlage@lashlybaer.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of July 2013, a copy of the foregoing was electronically filed with the Clerk of the Court by using the ECM/ECF system which automatically forwards notification of same to all counsel of record.

/s/ James C. Hetlage